## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua Burgos-Soto, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

## AGENT BACKGOUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosive (ATF) and have been so employed since August of 2019. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy in Glynco, GA. Prior to my employment with ATF, I was an Assistant Compliance Officer in the Bank Secrecy Act (BSA)/Anti-Money Laundering (AML) division with an international financial institution named Activo International Bank. Prior to my employment at Activo International Bank, I held the same title with a publicly traded financial institution named Popular Community Bank for a combined approximate time of five (5) years with both employments. I conducted financial crime investigations related to money laundering, terrorist finance, as well as economic and trade sanctions violations in order to adhere regulatory enforcement from United States Department of the Treasury agencies such as The Financial Crimes Enforcement Network (FinCEN) and from the Office of Foreign Assets Control (OFAC). I have a Bachelor's degree in Criminal Justice from the University of Puerto Rico and a Master's degree in Business Administration from University of Phoenix.

2. In addition, I have had conversations and worked alongside other experienced local, state and federal law enforcement officers, as well as state and federal prosecuting attorneys concerning violations of firearms and narcotics laws.

3. Through training, investigations and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms.

4. The information set forth herein is based on my personal knowledge, information obtained through interviews, information provided to me by other law enforcement officers and through other various forms of information. This affidavit is offered for the limited purpose of establishing probable cause that Alexis Manuel VIDAL-COLLAZO violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and ammunition). Therefore, I have not recited every fact known to me as a result of this investigation.

5. I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they in turn reported to me.

### FACTS THAT ESTABLISH PROBABLE CAUSE

6. On August 5, 2022, Puerto Rico Police Bureau (PRPB) Agents assigned to the Fajardo Homicide unit executed a state search at the house where Alexis Manuel VIDAL-COLLAZO resides.

7. According to PRPB Agents, they found the following items under the bed in VIDAL-COLLAZO's bedroom:
    a. One (1) Glock Pistol, Model 23, Caliber .40, Serial Number: ZGS683
    b. Five (5) Pistol Magazines
    c. One hundred and ten (110) assorted Caliber .40 ammunition
    d. One (1) iPhone

8. According to PRPB Agents, the Glock pistol was loaded with one (1) round of caliber .40 ammunition in the chamber and nine (9) rounds of caliber .40 in the magazine inserted into the pistol.

9. According to PRPB Agents, VIDAL-COLLAZO told them that the firearm belongs to him and that he had been to federal prison in the past.

10. PRPB Agents assigned to the Fajardo Homicide Unit contacted ATF personnel for assistance with the case.

11. ATF Agents arrived at the PRPB precinct. ATF Agents read VIDAL-COLLAZO his Miranda Rights in Spanish and VIDAL-COLLAZO waived said right in writing. Afterward, ATF Agents interviewed Alexis Manuel VIDAL-COLLAZO.

12. According to VIDAL-COLLAZO, the firearm and everything seized by PRPB Agents belongs to him. Specifically, VIDAL-COLLAZO stated he bought the firearm not too long ago for his protection. Furthermore, VIDAL-COLLAZO stated that he told PRPB which bedroom in the residence belonged to him and then stated that the evidence was seized from under his bed in his bedroom.

13. VIDAL-COLLAZO then told ATF Agents that he had been to federal prison two times in the past and he has served a six-year term of supervised release. According to VIDAL-COLLAZO, he served approximately "twenty-something months" the first time he was in

federal prison and then he served approximately thirty-months the second time he was in federal prison.

14. VIDAL-COLLAZO also indicated he had seen police officers conducting surveillance in different areas looking towards him.

15. Further investigation and records checks confirmed that Alexis Manuel VIDAL-COLLAZO was previously convicted of a felony punishable by more than one year of imprisonment.

16. The investigation further revealed that no firearms nor ammunition are manufactured in the Commonwealth of Puerto Rico. Therefore, the aforementioned firearm and ammunition were shipped or transported in interstate or foreign commerce.

## CONCLUSION

17. Based on the above facts, I submit that there is probable cause to believe that Alexis Manuel VIDAL-COLLAZO has violated federal firearm laws—Title 18, United States Code, Section 922 (g)(1) (convicted felon in possession of a firearm and ammunition).

Respectfully submitted,

JOSHUA BURGOS SOTO  Digitally signed by JOSHUA BURGOS SOTO
Date: 2022.08.05 16:42:30 -04'00'

Joshua Burgos-Soto
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn by telephone pursuant to the requirements of Fed. R. Crim. P. 4.1 by at 5:20 p.m. on August 5, 2022.

Digitally signed by Hon. Camille L. Vélez-Rivé

Hon. Camille L. Vélez-Rivé
United States Magistrate Judge
District of Puerto Rico